**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

WELLS FARGO BANK, N.A.,

    Plaintiff,

vs.                                             CASE NO. 6:11-CV-219-ORL-19GJK

SOUTH ORLANDO DENTAL, P.A.,
PLAZA DOWNTOWN DENTAL, P.A.,
KENNETY PYLE,

    Defendants.

_____

ORDER OF RECUSAL

I hereby **RECUSE** myself from further proceedings in this case due to a financial interest in one of the parties involved in this case. I direct that the Clerk of Court reassign it to another judge under the blind assignment system.

**DONE AND ORDERED** at Orlando, Florida, this ___13th___ day of February, 2011.

*/s/ Patricia C. Fawsett*

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

All Counsel of Record